UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELGEN MANUFACTURING COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAC ARTHUR CO., et al., <br><br> Defendants. | Case No. 23-cv-04924-JST <br><br> **ORDER TO SHOW CAUSE** |

On May 8, 2025, Defendants filed a notice of settlement, stating that the parties had settled the litigation, that Defendants had satisfied their obligations under the settlement agreement, that Plaintiff was therefore obligated to dismiss this case, and that Plaintiff had not done so. ECF No. 33.

On June 24, 2025, the Court issued an order regarding Defendants' notice of settlement. ECF No. 34. The order stated:

> Unless the case is dismissed prior to that date, Plaintiff shall file a response to Defendant's Notice of Settlement of Entire Case by July 8, 2024. ECF No. 33.
>
> Counsel for all parties shall appear at a case management conference on July 15, 2025, at 2:00 p.m. The conference will be automatically vacated if the case is dismissed prior to that time.

ECF No. 34. Plaintiff did not file a written response and did not appear as ordered on July 15, 2025.

Accordingly, Plaintiff and Plaintiff's counsel are ordered to show cause why the Court should not impose monetary sanctions against them for their willful violation of a court order. *See Am. Unites for Kids v. Rousseau*, 985 F.3d 1075, 1090 (9th Cir. 2021). A written response to this order to show cause is due July 22, 2025.

1  The Court will conduct a hearing on this order to show cause on August 5, 2025 at 2:00
2  p.m.  If the case is dismissed with prejudice before that time, the hearing will be vacated.  If
3  Plaintiff fails to file a written response to the order to show cause and/or fails to appear on August
4  5, 2025, the case will be dismissed with prejudice pursuant Rule 41(b) of the Federal Rules of
5  Civil Procedure.  Fed. R. Civ. P. 41(b) ("Unless the dismissal order states otherwise, a dismissal
6  under this subdivision (b) . . . operates as an adjudication on the merits.").

**IT IS SO ORDERED.**

Dated:  July 16, 2025



JON S. TIGAR
United States District Judge